

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2015

No. 04-15-00052-CV

Billy C. **WHITFIELD** and Carolyn Whitfield,
Appellants

v.

Charles Thomas **ONDREJ**, et al.,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-10-00231-CVK
Honorable Stella Saxon, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to Monday, May 18, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     William H. Oliver                          Jerry T. Steed
        Pipkin & Oliver LLP                        1100 NW Loop 410 Ste 260
        1020 NE Loop 410 Ste 810                   San Antonio, TX 78213-2200
        San Antonio, TX 78209-1213

        Larry D. Warren
        Naman Howell Smith & Lee
        10001 Reunion Pl Ste 600
        San Antonio, TX 78216-4140